IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FAMATTA M. BAUGH, ) | |
| ) | |
| v. ) | 3:05-0951 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
|    Security. ) | |

**O R D E R**

    Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment be granted and the decision of the Commissioner be reversed and the cause remanded for an immediate award of benefits. No objections have been filed.

    The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court. For the reasons set forth in the Report and Recommendation, the Motion for Judgment by the Plaintiff is **GRANTED** and the decision of the Commissioner is **REVERSED** and the cause **REMANDED** for an immediate award of benefits owing since July 24, 2002, the date on which Plaintiff's involuntary commitment to mental health care began.

    It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge